# MEMORANDUM DECISIONS

ABBEY, Respondent, v. COLGAN, Appellant. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by Jason Abbey against Peter B. Colgan. No opinion. Judgment and order affirmed, with costs.

ADLER, Appellant, v. GINSBURG, Respondent, et al. (Supreme Court, Appellate Division, First Department. February 23, 1912.) Action by David Adler against Aaron Ginsburg, impleaded with others. A. J. Geist, for appellant. Jacob I. Berman, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed.

LAUGHLIN, J., dissents.

ADLER, Appellant, v. NATANSON, Respondent, et al. (Supreme Court, Appellate Division, First Department. February 23, 1912.) Action by Jacob P. Adler against Charles N. Natanson, impleaded with others. J. A. Seidman, for appellant. A. H. Sarasohn, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

AKHURST, Appellant, v. NATIONAL STARCH CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 31, 1912.) Action by Sidney Akhurst against the National Starch Company. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs. See, also, 132 N. Y. Supp. 1120.

ALTMAN, Appellant, v. ALTMAN, Respondent. (Supreme Court, Appellate Division, Second Department. February 23, 1912.) Action by Rebecca Altman against Harry Howard Altman.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

BURR, J., not voting.

ANDERSON, Respondent, v. CLARK BROS. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 31, 1912.) Action by Gustave J. Anderson against the Clark Bros. Company.

PER CURIAM. Judgment affirmed, with costs.

ROBSON, J., dissents.

ANDERSON, Respondent, v. POUGHKEEP-SIE LIGHT, HEAT & POWER CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 19, 1912.) Action by Annie Anderson, as administratrix, etc., against the Poughkeepsie Light, Heat & Power Company. No opinion. Judgment and order unanimously affirmed, with costs. See, also, infra.

ANDERSON, Respondent, v. POUGHKEEP-SIE LIGHT, HEAT & POWER CO., Appellant. (Supreme Court, Appellate Division, Second Department. February 2, 1912.) Action by Annie Anderson, as administratrix, etc., against the Poughkeepsie Light, Heat & Power Company. No opinion. Motions denied, without costs. See, also, supra.

ANDRIUSZIS, Respondent, v. PHILADEL-PHIA & READING COAL & IRON CO., Appellant. (Supreme Court, Appellate Division, Second Department. February 16, 1912.) Action by John Andriuszis against the Philadelphia & Reading Coal & Iron Company.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, on the authority of Andriuszis v. Philadelphia & Reading Coal & Iron Co., 143 App. Div. 607, 127 N. Y. Supp. 980.

JENKS, P. J., and BURR, WOODWARD, and RICH, JJ., concur.

BURR, J., also concurs, upon the further grounds (1) that, if Shukavage did employ the method of removing the tamping from the first hole, a verdict based upon the finding that, after such tamping had been removed and the hole recharged, such method would not be equally effective with the other method of drilling a second hole, so far as exploding the charge in the first hole is concerned, is against the weight of the evidence; (2) that defendant is not liable for the negligence of Shukavage, if any, under the statutes of Pennsylvania as construed by the Supreme Court of that state. D'Jorko v. Berwind-White Coal Mining Co., 231 Pa. 164, 80 Atl. 77.

HIRSCHBERG, J., dissents.

AUERBACH, Appellant, v. PEASE OIL CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 31, 1912.) Action by Paul E. Auerbach against the Pease Oil Company.

PER CURIAM. Judgment affirmed, with costs.

McLENNAN, P. J., dissents, upon the ground that upon the trial the plaintiff waived the fraud alleged, and the case then proceeded as one upon contract, and that there was an implied warranty that the engine sold was a new one.